UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIGHT DATA LTD.,<br><br>　　　　　Defendant. | Case No.  23-cv-00077-AGT<br><br>**ORDER ON MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 17 |

Meta Platforms, Inc.'s motion to shorten time on Meta's motion for permission to serve Bright Data Ltd. under Rule 4(f)(2)(C)(ii) and Rule 4(f)(3) is denied. If Bright Data intends to enter a special appearance to oppose Meta's service motion, Bright Data must do so and file its opposition within fourteen days of when it received a copy of Meta's motion. Meta asserts that it emailed a copy of its service motion to Bright Data's U.S. counsel on January 20, 2023. *See* Dkt. 16 at 5. If that's accurate, Bright Data's opposition is due on February 3, 2023. Meta's reply will be due seven days after Bright Data's opposition is due.

　　**IT IS SO ORDERED.**

Dated: January 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Alex G. Tse
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge