Sonal N. Mehta (SBN 222086)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
(650) 858-6000
sonal.mehta@wilmerhale.com

Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

Ari Holtzblatt (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 663-6000
ari.holtzblatt@wilmerhale.com

David A. Munkittrick
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
dmunkittrick@proskauer.com

*Attorneys for Bright Data, Ltd.*

*Attorneys for Meta Platforms, Inc.*

*Additional Attorneys for Each Party Listed on Signature Page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

META PLATFORMS, INC., a Delaware corporation,

        Plaintiff,

    v.

BRIGHT DATA LTD., an Israeli corporation,

        Defendant.

Case No. 3:23-cv-00077-EMC

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE FOR EARLY DISPOSITIVE MOTIONS - AS MODIFIED BY THE COURT.**

Hon. Edward M. Chen
Courtroom 5 - 17th Floor

Pursuant to Civil L.R. 6-1 and 7-12, Plaintiff Meta Platforms, Inc. ("Meta") and Defendant Bright Data Ltd. ("Bright Data") submit this stipulation regarding a briefing schedule for the parties' early dispositive motions.

WHEREAS, on May 31, 2023, the parties filed a Disputed Joint Statement Regarding the Form, Timing, and Length of Early Dispositive Motions.  Dkt. No. 72.

WHEREAS, on June 8, 2023, the Court ordered the parties to raise any early dispositive motions through summary judgment briefing.  The Court directed that there "shall be a total of four briefs; Bright Data shall file its motion first."  Dkt. 74.  With respect to the page limits, the Court held that the "opening brief and the opposition/cross-motion shall each be no longer than 30 pages [and] the reply and sur-reply shall each be no longer than 20 pages."  The Court also ordered the parties to file a stipulation with a briefing schedule.  *Id.*

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties:

- Bright Data's Motion for Summary Judgment was filed June 12, 2023, and is authorized to be no more than 30 pages. *See* Dkt. 75.

- Meta shall file a combined Opposition to Bright Data's Motion for Summary Judgment and Cross-Motion for Summary Judgment, if any, of no more than 30 pages by July 12, 2023.

- Bright Data shall file a combined Reply in Support of its Motion for Summary Judgment and Opposition to any Cross-Motion of no more than 20 pages by August 11, 2023.

- Meta shall file a Reply in Support of any Cross-Motion of no more than 20 pages by September 11, 2023.

- The filing of a summary judgment motion by either party pursuant to this stipulation and the Court's Order on early dispositive motions (Dkt. 74) is without prejudice to the filing of a second summary judgment motion at a later time, including following the close of discovery.

**Although the parties stipulated that their early summary judgment motions would be without prejudice to the filing of a second summary judgment motion, the Court shall require a party that files an early summary judgment motion to seek permission to file a second summary judgment motion.**

DATED: June 15, 2023

Respectfully submitted,

WILMER CUTLER PICKERING
 HALE AND DORR LLP

_/s/ Ari Holtzblatt_

WILMER CUTLER PICKERING
 HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
ALLISON BINGXUE QUE (SBN 324044)
STEPHANIE M. TEUBER (SBN 332995)
sonal.mehta@wilmerhale.com
allison.que@wilmerhale.com
stephanie.teuber@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (_pro hac vice_)
ROBIN C. BURRELL (_pro hac vice_)
ari.holtzblatt@wilmerhale.com
robin.burrell@wilmerhale.com
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

RYANNE E. PERIO (_pro hac vice_)
ryanne.perio@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 295-6325
Facsimile: (212) 230-8888

_Attorneys for Plaintiff Meta Platforms, Inc._

DATED: June 15, 2023          Respectfully submitted,

/s/ *Colin R. Kass*

Colin R. Kass*
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

Sehreen Ladak (Bar No. 307895)
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 284-5652
sladak@proskauer.com

Robert C. Goodman (Bar No. 111554)
Lauren Kramer Sujeeth (Bar No. 259821)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
(415) 956-2828
rgoodman@rjo.com
lsujeeth@rjo.com

*Attorneys for Defendant Bright Data Ltd.*
*Admitted pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATION</u>

I, Ari Holtzblatt, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING SCHEDULE.  In compliance with Civil L.R. 5-1(h)(3), I hereby attest that each other signatory has concurred in this filing.

Dated:  June 15, 2023

/s/ *Ari Holtzblatt*
Ari Holtzblatt

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

Dated:     **6/21/2023**

_____

The Honorable Edward M. Chen
Senior United States District Judge