UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., <br>     Plaintiff, <br> v. <br> BRIGHT DATA LTD., <br>     Defendant. | Case No. 23-cv-00077-EMC (AGT) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. Nos. 91, 113, 115 |

This Order memorializes the discovery rulings made on the record at the August 25, 2023, hearing.

1. The separate versions of the proposed protective order are denied. *See* Dkts. 106, 108. The parties shall instead jointly submit a single proposed protective order using this District's Model Protective Order as a starting point, including any modifications agreed upon by the parties, with any disputed text limited to the issue of access to protected documents. With respect to the disputed provision regarding access to "Highly Confidential" materials by in-house counsel and/or employees, the parties may refer the Court to their respective positions previously described in their briefs and accompanying declarations, and the Court will accordingly resolve that dispute.

2. Meta's request that Bright Data provide a supplemental response to Interrogatory No. 7 regarding Bright Data's customers (Dkt. 91) is granted. Bright Data shall provide a supplemental response within two weeks of the Court's entry of a protective order.

3. The unilateral discovery letters at Dkts. 113 and 115 are denied as premature of a dispute. The parties are ordered to meet and confer and, if a dispute persists, they may submit a joint statement by September 8, 2023.

4. Regarding the remaining outstanding discovery disputes (Dkts. 90, 100, 101, 102, 103, 109, 110, 111, 116, 117, 118, 119, and 121), the parties are directed to meet and confer and submit a joint written update by September 8, 2023. The joint written update is not to exceed two pages and is limited to a listing of each discovery dispute and whether the dispute has been resolved.

**IT IS SO ORDERED.**

Dated: August 29, 2023

Alex G. Tse
United States Magistrate Judge