Sonal N. Mehta (SBN 222086)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
(650) 858-6000
sonal.mehta@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 663-6000
ari.holtzblatt@wilmerhale.com

*Attorneys for Meta Platforms, Inc.*

Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

*Attorney for Bright Data Ltd.*

*Additional Attorneys for Each Party Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| META PLATFORMS, INC., <br><br>                    Plaintiff, <br><br>     v. <br><br> BRIGHT DATA LTD. <br><br>                    Defendant. | Case No. 3:23-CV-00077-EMC (AGT) <br><br> **JOINT SUBMISSION REGARDING PROVISIONS IN DISPUTE CONCERNING THE MODEL PROTECTIVE ORDER** |

# JOINT SUBMISSION REGARDING PROVISIONS IN DISPUTE CONCERNING THE MODEL PROTECTIVE ORDER

Pursuant to the Court's order (Dkt. 131), the parties submit this Joint Submission Regarding Provisions in Dispute Concerning the Model Protective Order. Attached hereto as **Appendix A** is a full version of the Model Protective Order (i) incorporating the parties' agreed-upon deviations and (ii) including the parties' competing proposals regarding access to "Highly Confidential" materials by in-house counsel in different highlighted colors (Meta's in yellow and Bright Data's in blue). Below is a chart with the disputed paragraph numbers and citations to the corresponding argument made in the parties' respective briefing in relation to Bright Data's Motion for Protective Order (Dkts. 106, 107, 112).

| Paragraph | Meta's Argument | Bright Data's Argument |
|---|---|---|
| 2.4(*), 7.3(b)(*), 7.4(a)(1), (b), (c) (Designated House Counsel's access to Highly Confidential – Attorneys' Eyes Only materials) | Dkt. 107, at pp. 1-2, III.A; Dkt. 108, ¶¶ 14-18 | Dkt. 106 at 3-4, III; Dkt. 106-1, Ex. C ¶¶ 1-29, 34; Dkt. 112, III |
| 8(b) (Designated House Counsel's access to derivative Source Code materials) | Dkt. 107, III.B | Dkt. 106 at 10 n.8; Dkt. 106-1, Ex. C ¶¶ 1-29, 34; Dkt. 112, IV |

\*       Because the parties disagree over whether these two provisions should be added, the numbering within paragraphs 2 and 7.3 may need to be adjusted, depending on the Court's ruling. Upon the Court's ruling, the parties are happy to coordinate and jointly resubmit a clean version with the correct numbering.

DATED: September 7, 2023

Respectfully submitted,                                   Respectfully submitted,

/s/ Sonal N. Mehta                                        /s/ Colin R. Kass
WILMER CUTLER PICKERING                                   Colin R. Kass *(pro hac vice)*
 HALE AND DORR LLP                                        PROSKAUER ROSE LLP
SONAL N. MEHTA (SBN 222086)                               1001 Pennsylvania Ave., N.W.
ALLISON BINGXUE QUE (SBN 324044)                          Washington, D.C. 20004
sonal.mehta@wilmerhale.com                                (202) 416-6890
allison.que@wilmerhale.com                                ckass@proskauer.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306                               David A. Munkittrick *(pro hac vice)*
Telephone: (650) 858-6000                                 PROSKAUER ROSE LLP
Facsimile: (650) 858-6100                                 Eleven Times Square
                                                          New York, New York 10036
ARI HOLTZBLATT *(pro hac vice)*                           (212) 969-3000
NATALIE BILBROUGH *(pro hac vice)*                        dmunkittrick@proskauer.com
ROBIN C. BURRELL *(pro hac vice)*
NATHANIEL W. REISINGER *(pro hac vice)*                   Sehreen Ladak
ari.holtzblatt@wilmerhale.com                             PROSKAUER ROSE LLP
natalie.bilbrough@wilmerhale.com                          2029 Century Park East, Suite 2400
robin.burrell@wilmerhale.com                              Los Angeles, CA 90067-3010
nathaniel.reisinger@wilmerhale.com                        (310) 284-5652
2100 Pennsylvania Ave, NW                                 sladak@proskauer.com
Washington, DC 20037
Telephone: (202) 663-6000                                 Robert C. Goodman
Facsimile: (202) 663-6363                                 Lauren Kramer Sujeeth
                                                          ROGERS JOSEPH O'DONNELL, PC
RYANNE E. PERIO *(pro hac vice)*                          11 California Street, 10th Floor
JUAN M. RUIZ TORO *(pro hac vice)*                        San Francisco, CA 94104
RYAN A. DAILY *(pro hac vice)*                            (415) 956-2828
ryanne.perio@wilmerhale.com                               rgoodman@rjo.com
juan.ruiztoro@wilmerhale.com                              lsujeeth@rjo.com
ryan.daily@wilmerhale.com
7 World Trade Center                                      *Attorneys for Defendant Bright Data Ltd.*
250 Greenwich Street
New York, New York 10007
Telephone: (212) 295-6325
Facsimile: (212) 230-8888
*Attorneys for Plaintiff Meta Platforms, Inc.*

# CERTIFICATION

I, Sonal Mehta, am the ECF User whose identification and password are being used to file this document and the supporting document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that each other signatory has concurred in this filing.

Dated: September 7, 2023

/s/ *Sonal N. Mehta*
Sonal N. Mehta