UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BRIGHT DATA LTD.,<br><br>    Defendant. | Case No. 23-cv-00077-EMC (AGT)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 116, 117 |

This order memorializes the rulings made on the record during this morning's discovery hearing regarding Dkts. 116 and 117.

<u>Dkt. 116</u>. By tomorrow, September 19, 2023, Bright Data is ordered to provide Meta a list of the approximately 90 data fields referred to during the hearing. By October 16, 2023, Meta is ordered to provide Bright Data a declaration identifying, for each such data field, whether (i) it can always be accessed in a logged-off state, (ii) it can sometimes be accessed in a logged-off state, or (iii) it always technologically requires a logged-on state. *See* Dkt. 116 at 2.

<u>Dkt. 117</u>. Bright Data is ordered to respond to Meta's requests for jurisdictional discovery limited to the California activities of Bright Data's affiliate, Bright Data, Inc. That discovery shall commence immediately and be ongoing until completed.[1]

**IT IS SO ORDERED.**

Dated: September 18, 2023

Alex G. Tse
United States Magistrate Judge

---

[1] At the hearing, Bright Data's counsel represented that it will take Bright Data approximately four months to produce this discovery.