UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BRIGHT DATA LTD.,<br><br>　　　　　Defendants. | Case No. 23-cv-00077-EMC<br><br>**ORDER DENYING PLAINTIFF META PLATFORMS, INC.'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO BRIGHT DATA'S MOTION FOR SUMMARY JUDGMENT**<br><br>Docket Nos. 164, 165 |

　　　　Plaintiff Meta Platforms, Inc. ("Meta") filed its Motion for Administrative Relief for Leave to File Supplemental Evidence in Support of Its Cross-Motion for Summary Judgment and Opposition to Bright Data's Motion for Summary Judgment. Dkt. No. 164. Defendant Bright Data Ltd. ("Bright Data") filed its Opposition to Meta's Motion for Administrative Relief. Dkt. No. 166.

　　　　The Court hereby **DENIES WITHOUT PREJUDICE** Meta's Motion for Administrative Relief. The Court will proceed with the hearing on Defendant Bright Data's Motion for Summary Judgment on Count One, Dkt. No. 75, and Meta's Cross-Motion for Summary Judgment and Opposition to Bright Data's Motion for Summary Judgment, Dkt. No. 105, scheduled for November 16, 2023, and reserves the right to continue the hearing should it be convinced that supplemental evidence will be allowed. This order also **DENIES** as moot Meta's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. Dkt. No. 165.

**IT IS SO ORDERED**.

Dated: November 13, 2023

_____
EDWARD M. CHEN
United States District Judge

2