Sonal N. Mehta (SBN 222086)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
(650) 858-6000
sonal.mehta@wilmerhale.com

Ari Holtzblatt (*pro hac vice*)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, D.C. 20037
(202) 663-6000
ari.holtzblatt@wilmerhale.com

*Attorneys for Meta Platforms, Inc.*

Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick *(pro hac vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

*Attorneys for Bright Data Ltd.*

*Additional Attorneys for Each Party Listed on Signature Page*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRIGHT DATA LTD., an Israeli corporation,<br><br>Defendant. | Case No. 3:23-cv-00077-EMC<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF COUNT II OF META'S COMPLAINT UNDER RULE 41(a)(1)(A)(ii)**<br><br>Hon. Edward M. Chen<br>Courtroom 5 - 17th Floor |

1   Plaintiff Meta Platforms, Inc. ("Meta") and Defendant Bright Data Ltd. ("Bright Data")

2   submit this stipulation of dismissal with respect to Count II of Meta's Complaint (tortious

3   interference).

4   WHEREAS, under Fed. R. Civ. P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action

5   without a court order by filing … a stipulation of dismissal signed by all parties who have

6   appeared."

7   WHEREAS, the parties have agreed to stipulate to dismissal without prejudice of Meta's

8   tortious interference claim (Count II).

9   WHEREAS, Meta hereby waives its right to appeal this Court's January 23, 2024 Order

10  granting summary judgment in favor of Bright Data and denying summary judgment to Meta on

11  Count I of Meta's Complaint (breach of contract), Dkt. 181.

12  **IT IS HEREBY STIPULATED AND AGREED** by and between the parties that Meta's

13  tortious interference claim (Count II) be dismissed without prejudice under Fed. R. Civ. P.

14  41(a)(1)(A)(ii) and that Meta waives its right to appeal this Court's January 23, 2024 Order

15  granting summary judgment in favor of Bright Data and denying summary judgment to Meta on

16  Meta's breach of contract claim (Count I), Dkt. 181.  Each party shall bear its own fees and costs.

17

18

19

20

21

22

23

24

25

26

27

28

DATED: February 23, 2024

Respectfully submitted,

Respectfully submitted,

*/s/ Sonal N. Mehta*

WILMER CUTLER PICKERING
  HALE AND DORR LLP
SONAL N. MEHTA (SBN 222086)
ALLISON BINGXUE QUE (SBN 324044)
sonal.mehta@wilmerhale.com
allison.que@wilmerhale.com
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

ARI HOLTZBLATT (*pro hac vice*)
ROBIN C. BURRELL (*pro hac vice*)
NATHANIEL W. REISINGER (*pro hac vice*)
ari.holtzblatt@wilmerhale.com
robin.burrell@wilmerhale.com
nathaniel.reisinger@wilmerhale.com
2100 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

RYANNE E. PERIO (*pro hac vice*)
JUAN M. RUIZ TORO (*pro hac vice*)
RYAN A. DAILY (*pro hac vice*)
ryanne.perio@wilmerhale.com
juan.ruiztoro@wilmerhale.com
ryan.daily@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 295-6325
Facsimile: (212) 230-8888
*Attorneys for Plaintiff Meta Platforms, Inc.*

*/s/ Colin R. Kass*

Colin R. Kass (*pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
(202) 416-6890
ckass@proskauer.com

David A. Munkittrick (*pro hac vice*)
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3000
dmunkittrick@proskauer.com

Sehreen Ladak
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
(310) 284-5652
sladak@proskauer.com

Robert C. Goodman
Lauren Kramer Sujeeth
ROGERS JOSEPH O'DONNELL, PC
11 California Street, 10th Floor
San Francisco, CA 94104
(415) 956-2828
rgoodman@rjo.com
lsujeeth@rjo.com

*Attorneys for Defendant Bright Data Ltd.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATION**

I, Sonal Mehta, am the ECF User whose identification and password are being used to file this Joint Stipulation of Dismissal Without Prejudice of Meta's Tortious Interference Claim Under Rule 41(a)(1)(A)(ii).  In compliance with Civil L.R. 5-1(h)(3), I hereby attest that each other signatory has concurred in this filing.

Dated:  February 23, 2024

/s/ *Sonal N. Mehta*
Sonal N. Mehta